29439. FORRESTER, commissioner, *v.* CULPEPPER.

STEPHENS, P. J. 1. "Under the law applicable, where an income-tax return was made by an individual taxpayer, in the year 1941, of his income for taxation for the calendar year 1940, such individual taxpayer, who under the law was a resident of this State in the year 1940 on June 10, 1940, and continuously through December 31, 1940, but was not a resident of this State before June 10, 1940, is not subject to pay a tax upon his income earned by him during the year 1940 before June 10 of that year, where such income was earned and collected from with-

out the State of Georgia, even though such person has not paid, in any other State, or elsewhere outside of this State, a tax on income earned by him and collected outside of this State during 1940 but before June 10 of that year." *Forrester* v. *Culpepper*, 194 *Ga.* 744 (22 S. E. 2d, 595).

2. Under the above ruling of the Supreme Court in *Forrester* v. *Culpepper*, supra, in response to a certified question in this case, the trial court properly overruled the demurrer to the affidavit of illegality of the tax execution. *Judgment affirmed. Sutton and Felton, JJ., concur.*

DECIDED NOVEMBER 20, 1942.

*Ellis G. Arnall, attorney-general, Andrew J. Tuten, assistant attorney-general, Claude Shaw,* for plaintiff.

*Estes Doremus, Smith, Smith & Bloodworth,* for defendant.

*Hirsch, Smith, Kilpatrick, Clay & Cody,* as amici curiæ.